·No. 126. Misc.   Turpin *v.* Warden of the Green Haven Prison.   C. A. 2d Cir.   Certiorari denied.   *Henry*

*K. Chapman* for petitioner. *Nathaniel L. Goldstein*, Attorney General of New York, *Wendell P. Brown*, Solicitor General, and *Herman N. Harcourt* and *Raymond B. Madden*, Assistant Attorneys General, for respondent. █

